1
2
3
4
5
6
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  Smy                    DEPUTY

ENTER / JS-6

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12   COLUMBUS JOHNSON,              )   Case No.  CV 11-08507 ODW (AN)
                                    )
13              Petitioner,         )
                                    )
14        v.                        )   JUDGMENT
                                    )
15   TIM VIRGA, Warden,             )
                                    )
16              Respondent.         )
                                    )
17   _____)

18        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

19   reasons set forth in the Magistrate Judge's Report and Recommendation.

20

21

22   Dated: April 16, 2012          _____
                                          OTIS D. WRIGHT, II
23                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 8 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  shy                    DEPUTY